[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12718

Non-Argument Calendar

_____

TAMIKA SEAY,

Plaintiff-Appellant,

*versus*

UNITED STATES DEPARTMENT OF JUSTICE,
ANDREA DAVID-VEGA,
JUDGE ROBERT V. RODATUS,
ASHLEY STINSON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-04922-LMM

_____

Before JILL PRYOR, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

Tamika Seay appeals from the district court's May 28, 2024, order denying various of her post-judgment motions and imposing filing sanctions on her, instructing the clerk not to docket any further submissions from her other than a notice of appeal. We issued a jurisdictional question about whether Seay's August 19, 2024, notice of appeal is timely, and, specifically, whether her June 7, 2024, Fed. R. Civ. P. 60 motion effectively tolled the appeal period.

Although the parties did not respond, we conclude that we lack jurisdiction to entertain this appeal. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Because the 60-day period for filing a notice of appeal ended on July 29, 2024, we conclude that Seay's August 19, 2024, notice of appeal is untimely. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B), 26(a)(1); Fed. R. Civ. P. 6(a)(1). Moreover, if the June 7 filing could be liberally construed as a Fed. R. App. P. 4(a)(4) tolling motion, that would still not render Seay's notice of appeal timely because the district court effectively disposed of that filing on the day that Seay filed it based on the filing restrictions imposed in the May 28 order. We thus

24-12718                Opinion of the Court                3

conclude that, even if the June 7 filing effectively tolled the appeal period, Seay had until August 6, 2024, to file a notice of appeal. As such, her August 19 notice is also untimely. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B), (a)(4)(A).

Accordingly, we DISMISS this appeal for lack of jurisdiction. All pending motions are DENIED AS MOOT.